427 A.2d 1199

Commonwealth v. Matherly, Appellant.

Submitted September 13, 1979. Ronald Keeler, for appellant; Daniel L. Howsare, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.